IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI ANN CHAUSSINAND )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>GUTTMAN OIL COMPANY, )<br>LARRY FLANNELLY (in official )<br>and personal capacity), and )<br>RICHARD GUTTMAN, (in official )<br>and personal capacity). )<br>)<br>)<br>Defendants. ) | Civil Action No.2:08-cv-01714<br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION

AND NOW, by and through the parties counsel, the following stipulation is entered into in connection with the Amended Complaint:

1. Any and all Title VII claims in Plaintiff's Complaint and First Amended Complaint directed at Larry Flannelly (in official and personal capacity) and Richard Guttman (in official and personal capacity) are withdrawn with prejudice.

| Attorney for Plaintiff | Attorney for Defendants |
|---|---|
| s/Jeffrey P. Myers, Esquire | s/Gregory A. Miller, Esquire |
| Jeffrey P. Myers, Esquire | Gregory A. Miller, Esquire |
| Pa. I.D. #90677 | Pa. I.D. # 69807 |
| The Myers Law Firm | Buchanan Ingersoll & Rooney PC |
| 7000 Stonewood Drive | One Oxford Centre |
| Suite 110 | 301 Grant Street, 20th Floor |
| Wexford, PA 15090 | Pittsburgh, PA 15219 |

SO ORDERED, this 2nd day of June, 2009.

Gary L. Lancaster, U.S. District Judge