IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI ANN CHAUSSINAND, | ) |
| | ) Civil Action No. 2:08-cv-01714 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Lancaster |
| | ) |
| GUTTMAN OIL COMPANY, | ) |
| LARRY FLANNELLY (in official | ) ELECTRONICALLY FILED |
| and personal capacity), and | ) |
| RICHARD GUTTMAN, (in official | ) |
| and personal capacity), | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, each party to bear its own costs and fees as more fully set forth in the Settlement Agreement and Release.

FOR THE PLAINTIFF:                    FOR THE DEFENDANT:

s/Jeffrey P. Myers                    s/Gregory A. Miller
Jeffrey P. Myers *(PA 90677)*         Gregory A. Miller *(PA 69807)*
jpmyerslawoffice@gmail.com            gregory.miller@bipc.com

THE MYERS LAW FIRM                    BUCHANAN INGERSOLL & ROONEY PC
7000 Stonewood Drive, Suite 110       One Oxford Centre, 20th Floor
Wexford, PA 15090                     301 Grant Street
Phone: 724-778-8800                   Pittsburgh, PA 15219
Fax: 724-934-6822                     Phone: 412-562-3960
                                      Fax: 412 562-1041

Dated: September 4, 2009              Dated: September 4, 2009

SO ORDERED, this __th day of September 2009

_____
Gary L. Lancaster, U.S. District Judge